File No. 0802420562.1-

LAW OFFICES OF RICHARD A.
STEIGER
CAPRI R. STEVENS, ESQUIRE
Identification No. 81029
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103-2707
Telephone:  (215) 557-5665
Fax:  (866) 419-0896
Email:  Capri.Stevens@allstate.com

ATTORNEY FOR DEFENDANT
Allstate Vehicle and Property Insurance
Company

| | |
|---|---|
| SHARON WILKS,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE and PROPERTY<br>INSURANCE COMPANY<br><br>    Defendant. | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>NO. 260104136 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446(d), the Defendant, Allstate Vehicle and Property

Insurance Company, files herewith a true copy of the Notice of Removal previously filed in the

United States District Court for the Eastern District of Pennsylvania and a true and correct copy

of the Notice to Adverse Parties of Filing of Notice of Removal.

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Vehicle and Property Insurance
Company

I hereby certify that I have served a copy of this paper upon all other parties or their

attorney of record by regular First-Class mail.

N THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVAINA

SHARON WILKS,

    Plaintiff,

v.

ALLSTATE VEHICLE and PROPERTY
INSURANCE COMPANY

    Defendant.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. sections 1441(a) and 1446, Defendant, Allstate Vehicle and Property Insurance Company, hereby gives notice of removal of this action from the Court of Common Pleas for Philadelphia County Pennsylvania at No. 260104136 to the United States District Court for the Eastern District of Pennsylvania and in support thereof avers as follows:

1.    On January 30, 2026 Plaintiff filed a complaint against Defendant in the Court of Common Pleas of Philadelphia County, Pennsylvania. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A". Service was made on Defendant on 5-21-26. Defense counsel entered their appearance on 6-10-26. A current docket sheet for the matter in the Philadelphia Court of Common Pleas is attached as Exhibit "B."

2.    Plaintiff is a natural person who resides at 906 South 11th Stret, Philadelphia, PA 19147 and is therefore a citizen of the Commonwealth of Pennsylvania.

3.    Defendant is an insurance company organized under the law of the State of Illinois, its principal place of business is located at 2775 Sanders Road, Northbrook, IL 60062, and thus Defendant is a citizen of the State of Illinois.

4.    Plaintiff's complaint asserts a claim for breach of an insurance contract.

2

Plaintiff's complaint alleges that Defendant breached the contract by failing to pay benefits to

Plaintiff.

5.    Plaintiff's damage estimate and demand is $140,548.05.

6.    The amount in controversy raised by Plaintiff's claim is in excess of $75,000 exclusive of costs and interest.

7.    This Court has jurisdiction to hear this case pursuant to 28 U.S.C. §1332 because Plaintiff and Defendant are citizens of different states and the amount in controversy is in excess of $75,000 exclusive of interest and costs.

8.    This action is properly and timely removed pursuant to 28 U.S.C.§1441(a) and in accordance with the requirements of 28 U.S.C. §1446.

9.    This notice of removal is being filed within thirty days after service of the complaint as required under 28 U.S.C. §1446(b).

10.    In accordance with 28 U.S.C. §1446(d), Defendant is concurrently providing notice to the Court of Common Pleas for Philadelphia County, Pennsylvania and to all parties of the removal of this matter. (Exhibit C)

**WHEREFORE,** Defendant, Allstate Vehicle and Property Insurance Company, hereby removes the above action now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Vehicle and Property Insurance Company
Attorney ID#81029
Law Offices of Richard A. Steiger
Allstate Insurance Company
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103
Direct: 215-557-5665
Cell: 484-987-4657
Fax: 866-419-0896

Date:  June 16, 2026

## CERTIFICATE OF SERVICE

I, Capri R. Stevens, Esquire, attorney for Defendant, Allstate Insurance Company, hereby certify that a true and correct copy of the foregoing Notice of Removal was served via first-class mail, postage pre-paid, upon the following on the date below upon the following counsel of record:

*Capri R Stevens*

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Vehicle and Property Insurance
Company
Attorney ID#81029

Law Offices of Richard A. Steiger
Allstate Insurance Company
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103
Direct: 215-557-5665
Cell: 484-987-4657
Fax: 866-419-0896

# Exhibit "A"

**From:**          "AllstateDigitalMailroom" <AllstateDigitalMailroom@allstate.com>
**Date:**          Fri, 29 May 2026 18:21:00 -0500
**To:**            "CIFA" <CIFA@allstate.com>
**Subject:**       FW: Digital Mailroom Document Delivery - Doc ID: 202605270101000484 :
16340640
**Attachments:**   00F956A0.pdf

Thank you,
Allstate Digital Mailroom

---

**From:** Law Mail Distribution <LawMailDistribution@allstate.com>
**Sent:** Friday, May 29, 2026 4:13 PM
**To:** AllstateDigitalMailroom <AllstateDigitalMailroom@allstate.com>
**Subject:** FW: Digital Mailroom Document Delivery - Doc ID: 202605270101000484 : 16340640

Please reroute to claims_

**Revati Magaonkar**
Analyst – Legal Operations - Intake Team
**Email -** rmagl@allstate.com
Voice - via TEAMS
If immediate assistance is required:
**Sanmathi Naik - Offshore Team Leader**
**Christina  Soto - Stateside Team Leader**
**Legal Intake**

---

**From:** AllstateDigitalMailroom@allstate.com <AllstateDigitalMailroom@allstate.com>
**Sent:** Thursday, May 28, 2026 7:09 PM
**To:** Law Mail Distribution <LawMailDistribution@allstate.com>
**Subject:** Digital Mailroom Document Delivery - Doc ID: 202605270101000484 : 16340640

This mail item was received in the Allstate Centralized Mailroom. You have been identified as the recipient. If this mail was received in error, please **FORWARD** back to AllstateDigitalMailroom@Allstate.com.

Please note: Any USPS mail that is not addressed to an official Allstate Dallas P.O. Box will be returned to sender as undeliverable starting **January 1, 2026**.

If this piece of mail you've received is not addressed to an Allstate Dallas P.O. Box, please contact the sender of this mail item immediately, and instruct them to change the street address to the P.O. Box listed below (or to your business area's designated P.O. Box).

Page 2

**Allstate Digital Mailroom**
**Attn: "Business Unit Name or Employee Name"**
**PO Box 661039**
**Dallas, TX 75266**

Please contact Imaging Solutions at AllstateDigitalMailroom@Allstate.com if you have any questions.

**NOTE:**
All original documents will be destroyed 30 days after it was received in accordance with records management guidelines. If the original physical document is required, please **FORWARD** this email back to AllstateDigitalMailroom@Allstate.com with instructions on where it should be delivered via Fedex.

Doc ID : 202605270101000484
Unique Document ID : 16340640
Batch Number : 20260528500049
Box Number : BOX202605270008

**Disclaimer:**
"The information contained in this e-mail and any accompanying documents may contain information that is confidential or otherwise protected from disclosure. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by forwarding this e-mail and then delete this message, including any attachments. Any dissemination, distribution, or other use of the contents of this message by anyone other than the intended recipient is strictly prohibited."

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2538 1047 52



$12.42
US POSTAGE
FIRST-CLASS

**LAW OFFICE OF STEPHAN J. TULL**
**1617 JOHN F. KENNEDY BOULEVARD**
**SUITE 880**
**PHILADELPHIA, PA 19103**

Allstate Vehicle and Property Insurance Company
3100 Sanders Road, Suite 201
Northbrook, IL 60062

# LAW OFFICE OF STEPHAN J. TULL
*Attorneys at Law*

| | | |
|---|---|---|
| STEPHAN J. TULL<br>admitted in PA, NJ, and MD | PHILADELPHIA OFFICE<br>ONE PENN CENTER, SUITE 880<br>1617 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA, PENNSYLVANIA 19103 | NEW JERSEY OFFICE<br>110 MARTER AVENUE, SUITE306<br>MOORESTOWN, NEW JERSEY 08057 |
| MICHAEL C. CORTESE<br>admitted in PA | TELEPHONE: (215) 568-2900<br>STULL@TULL-LEGAL.COM<br>MCORTESE@TULL-LEGAL.COM | |
| WILLIAM P. BURKE, III<br>admitted in NJ | WBURKE@TULL-LEGAL.COM | |

File No.:    7255

May 15, 2026

**CERTIFIED MAIL RRR**
**9589 0710 5270 2538 1047 52**
Allstate Vehicle and Property Insurance Company
3100 Sanders Road, Suite 201
Northbrook, IL 60062

      **RE:**    *Sharon Wilks v. Allstate Vehicle and Property Insurance Company*
                *Philadelphia County; CCP, January Term, 2026, No. 4136*

Dear Sir/Madam:

Enclosed please find the reinstated Civil Action Complaint, which has been filed against you in the above-referenced matter. Also enclosed is the notice of the case management conference scheduled for May 27, 2026. I would advise you to forward this document to your attorney immediately as it requires an Answer within twenty (20) days. If you would like to discuss an amicable resolution of this matter, please do not hesitate to contact me.

Also enclosed please find Plaintiff's preliminary requests for production of documents directed to Defendant with regard to the above matter. I look forward to receiving your responses within the time allowed in accordance with the Rules of Civil Procedure.

Thank you for your attention to this matter.

                              Very truly yours,
                              LAW OFFICE OF STEPHAN J. TULL

                              STEPHAN J. TULL

SJT/kc.
Enclosures

**Krissy Camaratta**

| | |
|---|---|
| **From:** | scheduling.notices@courts.phila.gov |
| **Sent:** | Tuesday, April 28, 2026 10:25 AM |
| **To:** | Krissy Camaratta |
| **Subject:** | Notice of Court Event |

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

MICHAEL CORTESE
1837 N. PALETHORP ST.
PHILADELPHIA, PA 19122

WILKS VS ALLSTATE VEHICLE AND PROPERTY INSURANCE C
260104136

SCHEDULING ORDER

AND NOW, APRIL 28, 2026, it is hereby Ordered that:

1. A Case Management Conference is scheduled for May 27, 2026, at 11:30 A.M., using Zoom video conferencing.

2. Counsel and/or self-represented parties shall access the Case Management Conference through Zoom link posted on the following website under "Common Pleas-Civil Remote Hearing Information:"

https://www.courts.phila.gov/remote-hearings/

Scroll down within the section "Remote Hearing Information by Court Event Type" under "General Program Hearings" to "Case Management Conference." The Zoom link may be updated periodically, so use the Zoom link that is present on the date of the Conference.

1

For any issues connecting to the zoom conference, please contact Samuel Esposito at 215-686-7517.

3. Counsel for Plaintiff is directed to serve a copy of this Order on any unrepresented party and any attorney entering an appearance subsequent to the issuance of this Order.

4. Failure to file a Complaint or effectuate service of process prior to the conference date may result in the issuance of a Rule to Show Cause.

5. No later than five (5) days prior to the Case Management Conference date, all parties are required to electronically file with the Court and serve upon all opposing counsel and/or opposing parties not electronically served by the court a fully completed Case Management Memorandum.

SCHEDULING ORDER - Page 2

WILKS VS ALLSTATE VEHICLE AND PROPERTY INSURANCE C 260104136

Failure to timely file a Case Management Memorandum may result in monetary sanctions. To electronically file the Case Management Memorandum, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Management Memorandum" as the filing type. Any party not registered with the electronic filing system ("EFS") may submit the memorandum via e-mail or USPS first class mail:
CivilCaseManagement@courts.phila.gov
Civil Case Management Conference Center
613 City Hall
Philadelphia PA 19107

To access the Case Management Memorandum form, click the following link:
http://www.courts.phila.gov/pdf/forms/civil/CMC-105.pdf

6. This conference will be conducted by a Civil Case Manager who shall act on behalf of the Honorable GWENDOLYN BRIGHT.

7. Counsel must be prepared to address all relevant issues concerning venue, service of process, pleadings, discovery, possible joinder of additional parties, theories of liability or defenses, and damages claimed.

2

8. At the conclusion of the conference a Case Management Order shall be entered which shall govern the case.

9. If the case settles prior to the conference, electronically file a settlement letter. To file the letter electronically, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Settlement Letter" as the document type.

10. Please direct any questions concerning this Order and its contents to CivilCaseManagement@courts.phila.gov or to 215-686-5135 or 215-686-3710.

11. If you need an interpreter, please contact the Case Management Center at 215-686-5135 or 215-686-3710 no later than five (5) days prior to your scheduled conference.

OFFICE OF THE DEPUTY
COURT ADMINISTRATOR

DISCLAIMER
--------------------------------------------------------------------
The First Judicial District will use your electronic mail address and other personal information only for purposes of Electronic Filing as authorized by Pa. R.C.P. 205.4 and Philadelphia Civil *Rule 205.4.

Use of the Electronic Filing System constitutes an acknowledgment that the user has read the Electronic Filing Rules and Disclaimer and agrees to comply with same.

--------------------------------------------------------------------

This is an automated e-mail, please do not respond!

3

**LAW OFFICE OF STEPHAN J. TULL**
BY: Stephan J. Tull, Esquire        Attorneys for Plaintiff
Identification No.: 329147
BY: Michael C. Cortese, Esquire
Identification No.: 329165
One Penn Center, Suite 880
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 568-2900

| | |
|---|---|
| SHARON WILKS<br>906 South 11th Street<br>Philadelphia, PA 19147,<br><br>          Plaintiff,<br><br>   v.<br><br>ALLSTATE VEHICLE and PROPERTY<br>INSURANCE COMPANY<br>2775 Sanders Road<br>Northbrook, IL 60062-6127 | : IN THE COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>: JANUARY TERM, 2026<br>:<br>: NO. 4136<br>:<br>: **PLAINTIFF'S PRELIMINARY**<br>: **REQUESTS FOR PRODUCTION OF**<br>: **DOCUMENTS DIRECTED TO**<br>: **DEFENDANT** |

Plaintiff, pursuant to the Pennsylvania Rules of Civil Procedure, hereby requests the captioned Defendant to produce true and correct copies of all of the following documents in your possession custody or control within thirty (30) days at the offices of Stephan J. Tull, at One Penn Center, Suite 880, 1617 John F. Kennedy Blvd., Philadelphia, PA 19103.

<u>DEFINITIONS AND INSTRUCTIONS</u>
Unless otherwise specified, all documents requested are from the date of loss until the present.

1.    "Possession", "custody", and "control" of documents means those within your possession, custody or control or held by your agents, servants, employees (including counsel), or within your right to possession, custody or control.

2.    If any document requested was but is no longer in your possession or subject to your control, state what disposition was made of it.

3.    "You" or "Your" as used herein, refers to the party whom these interrogatories are addressed and the party's agents, representatives and his attorneys. This term includes individuals as well as business entities. "Person" means individual or any other legal entity.

4.    "Documents" includes all writings of any kind, including the original and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise (including without limitation correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns,

summaries, pamphlets, books, prospectuses, policies and procedures, interoffice and intraoffice communications, offers, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, worksheets and all drafts, alterations, modifications, changes and amendments of any kind to the foregoing). It also includes graphic or aural records or representations of any kind (including without limitation photographs, charts, graphs, microfiche, microfilm, video, recordings, motion pictures) and electronic, mechanical or electric records or representations of any kind (including without limitation tapes, cassettes, discs, recordings).

5.   Any objections asserted or documents withheld under the claim of privilege must be made before the time for answering expires and the objections must contain the nature of the objection and the basis on which it is made and a description of the nature and subject matter of the information or documents sought to be withheld. Any objection not made before the time for answering expires will be deemed waived.

6.   "And" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these interrogatories any information which might otherwise be construed to be outside their scope.

7.   "Correspondence" includes all letters, telegrams, notices, messages, or other written communications or memoranda, or other oral communications.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.   Defendant's entire claim file that refers or relates to the incident described in Plaintiff's Complaint, including but not limited to all correspondence, memoranda, reports, notes and estimates of damages.

2.   Defendant's entire automated claim file that refers or relates to the incident described in Plaintiff's Complaint, including but not limited to all correspondence, memoranda, reports, notes and estimates of damages.

3.   The entire investigative file and reports of any in-house and/or outside adjuster or investigator, including but not limited to all interviews taken by said adjuster and/or investigator.

4.   Any and all written statements (whether signed or unsigned), descriptions of any statements, and records and/or written accounts of investigations conducted by Defendant, its agents, contractors, servants and/or employees, that refer or relate to the incident described in Plaintiff's Complaint and the Plaintiff's claims.

5.   Any and all memoranda, correspondence, notes or other documents that refer or relate to any reports of any inspections of the insured premises.

6.   Any and all photographs, videos, plans, models, sketches, diagrams or drawing of any person, place or thing that is directly or indirectly related to the real and/or personal property damage, and/or loss of use or additional living expenses described in the Complaint or to the Plaintiff's claim.

7. Any and all documents that refer or relate to any investigation into the cause and origin of Plaintiff's loss as described in Plaintiff's Complaint, at Plaintiff's premises performed by any fire marshal, fire department, police department and /or other governmental authority.

8. Any and all documents that refer or relate to any investigation into the cause and origin of Plaintiff's loss as described in Plaintiff's Complaint, at Plaintiff's premises performed by any independent and/or Defendant-employed investigator.

9. The entire claim activity log of Defendant's claim specialist(s), on this property loss.

10. Any correspondence by the claim specialist(s) identified in #9 regarding the handling of the adjustment of Plaintiff's loss.

11. Any correspondence between or among the individuals referred to in #9 and #10 above and regarding the handling of the adjustment of Plaintiff's loss.

12. Any and all transcriptions of Examinations Under Oath given by Plaintiff(s) with respect to Defendant's investigation of Plaintiff's claim, together with all exhibits used at such Examinations Under Oath.

13. Any and all transcriptions of recorded statements given by Plaintiff(s) with respect to Defendant's investigation of Plaintiff's claim, together with all exhibits used at such recorded statements.

14. Full and complete copies of all policies of insurance applicable to this lawsuit, including all endorsements.

15. Copies of any and all police reports related to the incident complained of in Plaintiff's Complaint.

16. Personal notes of any and all claims adjusters involved in Plaintiff's loss as described in Plaintiff's Complaint and Plaintiff's claims.

17. Any and all claim files, documentation, and other materials pertaining to any of Plaintiff's insurance claims submitted prior to the loss at issue in the present lawsuit, which Defendant may introduce in this litigation as evidence to substantiate its grounds for excluding coverage/issuing a denial on the insurance claim in the instant litigation.

**LAW OFFICE OF STEPHAN J. TULL**

BY:     */s/ Stephan J. Tull*
STEPHAN J. TULL, ESQUIRE
MICHAEL C. CORTESE, ESQUIRE
Attorneys for Plaintiff

Date: <u>February 2, 2026</u>

**LAW OFFICE OF STEPHAN J. TULL**
By: STEPHAN J. TULL, ESQUIRE
Attorney Identification No. 329147
MICHAEL C. CORTESE, ESQUIRE
Attorney Identification No. 329165
One Penn Center, Suite 880
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

**MAJOR JURY**

Filed and Attested by the
Office of Judicial Records
15 MAY 2026 12:59 pm
SMITH

Attorneys for Plaintiff

| | |
|---|---|
| SHARON WILKS | : IN THE COURT OF COMMON PLEAS |
| | : PHILADELPHIA COUNTY |
| | : |
| v. | : JANUARY TERM, 2026 |
| | : |
| | : NO. 4136 |
| | : |
| ALLSTATE VEHICLE and PROPERTY | : |
| INSURANCE COMPANY | : |

### PRAECIPE TO REINSTATE CIVIL ACTION COMPLAINT

TO THE PROTHONOTARY:

Kindly reinstate the Civil Action Complaint in the above captioned matter.

LAW OFFICE OF STEPHAN J. TULL

BY: ___/s/ Stephan J. Tull___
STEPHAN J. TULL ESQUIRE
Attorney for Plaintiff

Dated: May 15, 2026

Case ID: 260104136

Court of Common Pleas of Philadelphia County
Trial Division

## Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

### JANUARY 2026

E-Filing Number: 2601068564

**04136**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SHARON WILKS | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 906 SOUTH 11TH STREET<br>PHILADELPHIA PA 19147 | 2775 SANDERS ROAD<br>NORTHBROOK IL 60062-6127 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

CASE TYPE AND CODE

10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br><br>JAN 30 2026<br><br>I. LOWELL | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES        NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SHARON WILKS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| STEPHAN J. TULL | 1517 JFK BLVD.<br>SUITE 880<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215) 568-2900 | none entered | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 329147 | stull@tull-legal.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| STEPHAN TULL | Friday, January 30, 2026, 02:52 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

Case ID: 260104136

**LAW OFFICE OF STEPHAN J. TULL**
By: STEPHAN J. TULL, ESQUIRE
Attorney Identification No. 329147
MICHAEL C. CORTESE, ESQUIRE
Attorney Identification No. 329165
One Penn Center, Suite 880
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

**MAJOR JURY**

Filed ... by the
Offic ... cords
Filed ...
Office ... pm
30

Attorneys for Plaintiff

| | |
|---|---|
| SHARON WILKS<br>906 South 11th Street<br>Philadelphia, PA 19147,<br><br>             Plaintiff,<br><br>    v.<br><br>ALLSTATE VEHICLE and PROPERTY<br>INSURANCE COMPANY<br>2775 Sanders Road<br>Northbrook, IL 60062-6127,<br><br>             Defendant. | IN THE COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>JANUARY TERM, 2026<br><br>NO. |

*(The left column is separated from the right by a column of colons.)*

### NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal. |

PHILADELPHIA COUNTY BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
ONE READING CENTER
PHILADELPHIA, PENNSYLVANIA 19107
TELEPHONE: (215) 238-6333

Case ID: 260104136

Case ID: 260104136

**LAW OFFICE OF STEPHAN J. TULL**
By: STEPHAN J. TULL, ESQUIRE
Attorney Identification No. 329147
MICHAEL C. CORTESE, ESQUIRE
Attorney Identification No. 329165
One Penn Center, Suite 880
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

**MAJOR JURY**

Attorneys for Plaintiff

| | |
|---|---|
| SHARON WILKS<br>906 South 11th Street<br>Philadelphia, PA 19147,<br><br>               Plaintiff,<br><br>      v.<br><br>ALLSTATE VEHICLE and PROPERTY<br>INSURANCE COMPANY<br>2775 Sanders Road<br>Northbrook, IL 60062-6127,<br><br>               Defendant. | IN THE COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>JANUARY TERM, 2026<br><br>NO. |

**COMPLAINT**
**CIVIL ACTION**
**(1C. Contracts)**

**COUNT I**

1.  Plaintiff, Sharon Wilks, is an adult individual who owns the premises located at 906 South 11th Street, Philadelphia, PA 19147 (the "Property").

2.  Defendant, Allstate Vehicle and Property Insurance Company, is a corporation duly organized and existing which is licensed to issue policies of insurance in the Commonwealth of Pennsylvania and maintains its principal place of business at the address set forth above. Defendant regularly conducts business in the Commonwealth of Pennsylvania.

3.  Defendant in its regular course of business issued to Plaintiff a policy of insurance, policy number 818163342 (the "Policy"), covering Plaintiff and the Property.

Case ID: 260104136

Case ID: 260104136

4.    Plaintiff is not currently in possession of a complete copy of the Policy.

5.    It is believed and therefore averred that Defendant is in possession of a complete copy of the Policy.

6.    Plaintiff is in possession of a true and correct copy of the Policy's Declarations Pages, copy of which is attached hereto, made part hereof, and marked Exhibit "A".

7.    At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting within the course and scope of their employment and on the business of said employer.

8.    On or about February 7, 2025, while said policy of insurance was in full force and effect, the Property sustained sudden and accidental direct physical loss and damage (the "Loss").

9.    As a result of the Loss, Plaintiff has incurred costs arising from damage to the Property, damage to personal property, and additional living expenses.

10.    The Policy provided coverage for damage to the Property, damage to personal property, and additional living expenses.

11.    Notice of the covered Loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of her under the Policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

12.    Defendant partially denied coverage for the aforementioned Loss and/or failed to fully indemnify Plaintiff for the loss sustained without a reasonable basis for doing so.

Case ID: 260104136

Case ID: 260104136

13. To the extent that Defendant failed and refused to fully indemnify Plaintiff completely for the loss, Defendant denied coverage for certain aspects of the claim in whole or in part.

14. Defendant, despite demand for benefits under its Policy of insurance, has failed and refused to pay to Plaintiff those benefits due and owing under said Policy of insurance.

15. Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned Policy of insurance, as well as the mishandling of Plaintiff's claim, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT II

16. Plaintiff incorporates by reference herein the facts and allegations contained in the forgoing paragraph as though same were set forth herein at length.

17. Defendant in its regular course of business issued to Plaintiff a policy of insurance, policy number 818163342 (the "Policy"), covering Plaintiff and the Property.

18. Plaintiff is not currently in possession of a complete copy of the Policy.

19. It is believed and therefore averred that Defendant is in possession of a complete copy of the Policy.

20. Plaintiff is in possession of a true and correct copy of the Policy's Declarations Pages, copy of which is attached hereto, made part hereof, and marked Exhibit "A".

21. At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting within the course and scope of their employment and on the business of said employer.

22. On or about February 16, 2025, while said policy of insurance was in full force and effect, the Property sustained sudden and accidental direct physical loss and damage (the "Loss").

Case ID: 260104136

Case ID: 260104136

23.    As a result of the Loss, Plaintiff has incurred costs arising from damage to the Property, damage to personal property, and additional living expenses.

24.    The Policy provided coverage for damage to the Property, damage to personal property, and additional living expenses.

25.    Notice of the covered Loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of her under the Policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

26.    Defendant partially denied coverage for the aforementioned Loss and/or failed to fully indemnify Plaintiff for the loss sustained without a reasonable basis for doing so.

27.    To the extent that Defendant failed and refused to fully indemnify Plaintiff completely for the loss, Defendant denied coverage for certain aspects of the claim in whole or in part.

28.    Defendant, despite demand for benefits under its Policy of insurance, has failed and refused to pay to Plaintiff those benefits due and owing under said Policy of insurance.

29.    Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned Policy of insurance, as well as the mishandling of Plaintiff's claim, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00

## COUNT III - BREACH OF CONTRACT

30.    Plaintiff incorporates by reference herein the facts and allegations contained in the forgoing paragraphs as though same were set forth herein at length.

Case ID: 260104136

Case ID: 260104136

31.   Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

**WHEREFORE,** Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest and costs.

**LAW OFFICE OF STEPHAN J. TULL**

BY:   */s/ Stephan J. Tull*
       STEPHAN J. TULL, ESQUIRE
       MICHAEL C. CORTESE, ESQUIRE
       Attorneys for Plaintiff

Case ID: 260104136

Case ID: 260104136

## VERIFICATION

The undersigned, having read the attached document, verifies that the within document is based on information furnished to counsel, which information has been gathered by counsel in the course of this lawsuit. The language of the document is that of counsel and not of signer. Signer verifies that he/she has read the within document and that it is true and correct to the best of signer's knowledge, information, and belief. To the extent that the contents of the document are that of counsel, verifier has relied upon counsel in taking this Verification. This Verification is made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

X _Sharon Wilk_
**SHARON WILK**

**FILE NO.:7255**

Case ID: 260104136

Case ID: 260104136

# EXHIBIT "A"

Case ID: 260104136

Case ID: 260104136

# Renewal House & Home Policy Declarations

Your policy effective date is August 14, 2024

 **Allstate.**

Page 1 of 4

## This policy is nonparticipating with regard to paying dividends to policyholders.

### Total Premium for the Policy Period

| | |
|---|---|
| Premium for property insured | $2,142.94 |
| **If you pay in installments\*** | **$2,142.94** |
| **If you pay in full** | **$1,892.67** |

*Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | $69.10 | Claim Free | $377.50 |
| Early Signing | $190.09 | Loyalty | $94.20 |
| Responsible Payment | $308.63 | Welcome | $94.20 |
| **Total discount savings** | | | **$1,133.72** |

### Insured property details\*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X73182-1) for additional coverage information. Contact us if you have any changes.

**Location of property insured:** 906 S 11th St, Phila, PA 19147-3702

**Location zone:** N3993481W07516367
*Your location zone is based on the location of the insured property and is one of many factors used in determining your rate.*

**Dwelling Style:**
Built in 1930; 1 family; 2106 sq. ft.; center row house - 2 stories

**Foundation:**
Below grade basement, 100%

**Interior details:**

One builders grade kitchen
One builders grade full bath

One builders grade half bath
Two softwood straight staircases

**Exterior wall types:**

70% stucco on masonry

30% solid brick

**Interior wall partition:**

Information as of June 28, 2024

## Summary

Named Insured(s)
**Sharon Wilks**

Mailing address
**906 S 11th St**
**Phila PA 19147-3702**

Policy number
818 163 342

Your policy provided by
**Allstate Vehicle and Property Insurance Company**

Policy period
Beginning August 14, 2024 through August 14, 2025 at 12:01 a.m. standard time

Your Allstate agency is
**May Ins Agency**
874 Welsh Rd 2nd Fl
Maple Glen PA 19002
(215) 646-5600
JamesOttomano@allstate.com

Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.

*(continued)*

PA070RBD (10/22)



Case ID: 260104136

Case ID: 260104136

Renewal House & Home Policy Declarations
Policy number:          818 163 342
Policy effective date:  August 14, 2024

### Insured property details* (continued)

100% drywall

**Heating and cooling:**
Gas heating, 100%

**Additional details:**
Standard wood sash with glass, 100%    Interior wall height - 8 ft, 100%
Two exterior wood doors

**Fire protection details:**
Fire department subscription - no    1 mile to fire department

**Roof surface material type:**
Other

- 100% rubber

**Roof details:**
Predominant roof type: Other    Age of roof - 5 years
Roof geometry - Gable

### Mortgagee

SHELLPOINT MORTGAGE SERVICING ISAOA ATIMA
P O Box 7050, Troy, MI 48007-7050
Loan number: 1023252946

### Additional Interested Party - None

*This is a partial list of property details. If the interior of your property includes custom
construction, finishes, buildup, specialties or systems, please contact your Allstate
representative for a complete description of additional property details.

### Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection | $395,750 | • $1,000 Windstorm and Hail<br>• $1,000 All other perils |
| Other Structures Protection | $39,575 | • $1,000 Windstorm and Hail<br>• $1,000 All other perils |
| Personal Property Protection | $237,450 | • $1,000 Windstorm and Hail<br>• $1,000 All other perils |
| Additional Living Expense | Up to 24 months not to exceed $79,150 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $1,000 each person | |
| Building Codes | Not purchased* | |
| Building Structure Reimbursement Extended Limits | Not purchased* | |
| Roof Surfaces Extended Coverage | Included | |
| Water Back-Up | $5,000 | • $500 Water Back-Up |
| Service Lines | $10,000 | • $500 Service Lines |

PA070RBD (10/22)

064070 037 240629S30114B 0000008IB1633I422406229S30114BPRO
PRORIBPA2024062906370591A-000045-003-0-00-00

Case ID: 260104136

Case ID: 260104136

Renewal House & Home Policy Declarations
Policy number: 818 163 342
Policy effective date: August 14, 2024

Page 3 of 4

 **Allstate.**

▶ *Other Coverages Not Purchased:*

- Additional Fire Department Charges*
- Building Materials Theft*
- Dwelling in the Course of Construction*
- Electronic Data Recovery*
- Extended Coverage on Cameras*
- Extended Coverage on Jewelry, Watches and Furs*
- Extended Coverage on Musical Instruments*

- Extended Coverage on Sports Equipment*
- Extended Premises*
- Fair Rental Income*
- Functional Replacement Cost*
- Golf Cart*
- Green Improvement*
- Home Day Care*
- Identity Theft Expenses*

- Increased Coverage on Business Property*
- Increased Coverage on Theft of Silverware*
- Loss Assessments*
- Oil Storage Tank(s)*
- Secondary Residence*
- Select Value*
- Yard and Garden*

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Your policy documents

Your House & Home policy consists of the Policy Declarations, any Policy Declarations Addendum, and the following documents. Please keep them together.

- Pennsylvania House & Home Policy – AVP58
- Amendatory Endorsement – AVP381
- Windstorm and Hail Deductible Endorsement – AVP82
- Service Lines Endorsement – AVP571
- Water Back-Up Endorsement – AVP258

- Roof Surfaces Extended Coverage Endorsement – AVP42
- Depreciation Amendatory Endorsement – AP4988
- Sinkhole Activity Coverage Endorsement – AVP315
- Pennsylvania Amendatory Endorsement – AVP354
- Amendatory Endorsement – AVP554

*Please note: The Policy Contract listed as the first item in this section is not mailed and can be found at allstate.com/forms. You can view your complete Policy Package, including the Policy Contract, on myaccount.allstate.com or request a mailed copy at 1-800 Allstate® (1-800-255-7828). Endorsements to your Policy Contract are only enclosed the first time they apply to your policy and not in subsequent renewal or endorsement packages.*

## Important payment and other information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Coverage A - Dwelling Protection Limit includes an approximate increase of $18,222 due to the Property Insurance Adjustment provision. Coverage B - Other Structures Protection and Coverage C - Personal Property Protection adjusted accordingly.

▶ Please note: This is not a request for payment. Your bill will be mailed separately.

FA07ORBD (10/22)



Case ID: 260104136

Case ID: 260104136

Renewal House & Home Policy Declarations
Policy number:          818 163 342
Policy effective date:   August 14, 2024

Page 4 of 4

---

**Allstate Vehicle and Property Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*William Hill*

William Hill
President

*Christine DeBiase*

Christine DeBiase
Secretary

PA070RBD (10/22)

Case ID: 260104136

Case ID: 260104136

# Exhibit "B"

2

## Court of Common Pleas - Civil
# Civil Docket Report

🛒 No Items in Cart    ➡ Log In
A $5 Convenience fee will be added to the transaction at checkout.

< New Search

 **Case Description**

| | |
|---|---|
| **Case ID:** | 260104136 |
| **Case Caption:** | WILKS VS ALLSTATE VEHICLE AND PROPERTY INSURANCE C |
| **Filing Date:** | Friday , January 30th, 2026 |
| **Court:** | MAJOR JURY-STANDARD |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | CONTRACTS OTHER |
| **Status:** | LISTED-PROJ. SETTLEMENT CONF. |

**Related Cases**

No related cases were found.

**Case Event Schedule**

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| PROJECTED SETTLEMENT CONF DATE | 03-MAY-2027 09:00 AM | CITY HALL | COURTROOM 253 | BRIGHT, GWENDOLYN N |
| PROJECTED PRE-TRIAL CONF. DATE | 06-JUL-2027 09:00 AM | CITY HALL | COURTROOM 253 | BRIGHT, GWENDOLYN N |
| PROJECTED TRIAL DATE | 02-AUG-2027 09:00 AM | CITY HALL | COURTROOM 253 | BRIGHT, GWENDOLYN N |

1/7

## 🖥 Case Motions

*No case motions were found.*

## 👤 Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | TULL, STEPHAN J |
| **Address:** | 1617 JFK BLVD. SUITE 880 PHILADELPHIA PA 19103 (215)568-2900 stull@tull-legal.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | WILKS, SHARON |
| **Address:** | 906 SOUTH 11TH STREET PHILADELPHIA PA 19147 | **Aliases:** | *none* | |
| | | | | |
| 3 | 6 | | DEFENDANT | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |
| **Address:** | 2775 SANDERS ROAD NORTHBROOK IL 60062-6127 | **Aliases:** | *none* | |
| | | | | |
| 4 | 1 | | ATTORNEY FOR PLAINTIFF | CORTESE, MICHAEL C |
| **Address:** | 1837 N. PALETHORP ST. PHILADELPHIA PA 19122 (215)568-2900 mcortese@tull-legal.com | **Aliases:** | *none* | |
| | | | | |
| 5 | | | TEAM LEADER | BRIGHT, GWENDOLYN N |
| **Address:** | 1206 STOUT CENTER FOR C.J. 1301 FILBERT ST. PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | ATTORNEY FOR DEFENDANT | STEVENS, CAPRI R |
| **Address:** | 1601 CHERRY ST., STE 1210 PHILADELPHIA PA 19102 (215)557-5665 capri.stevens@allstate.com | **Aliases:** | *none* | |

2/7

| 7 | 6 | | ATTORNEY FOR DEFENDANT | STEIGER, RICHARD A |
|---|---|---|---|---|
| **Address:** | LAW OFFICES<br>3 PARKWAY, SUITE 1210<br>1601 CHERRY ST.<br>PHILADELPHIA PA 19102<br>(215)557-5666<br>rste3@allstate.com | **Aliases:** | *none* | |

## 📕 Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 30-JAN-2026 02:52 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2601068564 | | |
| | | | |
| 30-JAN-2026 02:52 PM | COMMENCEMENT CIVIL ACTION JURY | TULL, STEPHAN J | |
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>Final Cover | 🛒 Add All to Cart | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 30-JAN-2026 02:52 PM | COMPLAINT FILED NOTICE GIVEN | TULL, STEPHAN J | |
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>Complaint.pdf | 🛒 Add All to Cart | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 30-JAN-2026 02:52 PM | JURY TRIAL PERFECTED | TULL, STEPHAN J | |
| **Docket Entry:** | 8 JURORS REQUESTED. | | |
| | | | |
| 30-JAN-2026 02:52 PM | WAITING TO LIST CASE MGMT CONF | TULL, STEPHAN J | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| | | | |
|---|---|---|---|
| 06-APR-2026 02:43 PM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |

| | | | |
|---|---|---|---|
| 07-APR-2026 07:33 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 27-APR-2026. | | |

| | | | |
|---|---|---|---|
| 07-APR-2026 11:21 AM | PRAECIPE TO REINSTATE CMPLT | TULL, STEPHAN J | |
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>[Praecipe to Reinstate Complaint.pdf](#) | 🛒 Add All to Cart | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF SHARON WILKS) | | |

| | | | |
|---|---|---|---|
| 27-APR-2026 01:58 PM | CASE RESCHEDULED BY COURT | DUGAN, THOMAS | |
| **Docket Entry:** | CASE MANAGEMENT CONFERENCE CONTINUED. PLAINTIFF TO SERVE COMPLAINT. | | |

| | | | |
|---|---|---|---|
| 27-APR-2026 01:59 PM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |

| | | | |
|---|---|---|---|
| 28-APR-2026 07:49 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 27-MAY-2026. | | |

| | | | |
|---|---|---|---|
| 08-MAY-2026 11:27 AM | RETURNED MAIL RECEIVED | | |
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>[MAILR_12.pdf](#) | 🛒 Add All to Cart | |

| Docket Entry: | RETURN MAIL SCHEDULING ORDER DATED 07-APR-2026 AS UNDELIVERABLE AT THE ADDRESS ON FILE WITH THE COURT TO THE FOLLOWING PARTY: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | | |
|---|---|---|---|
| | | | |
| 15-MAY-2026 12:58 PM | PRAECIPE TO REINSTATE CMPLT | TULL, STEPHAN J | |
| Documents: | 📄 *Click link(s) to preview/purchase the documents* [Praecipe to Reinstate Complaint.pdf](#) | | 🛒 Add All to Cart |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF SHARON WILKS) | | |
| | | | |
| 26-MAY-2026 04:39 PM | PRAECIPE TO REINSTATE CMPLT | TULL, STEPHAN J | |
| Documents: | 📄 *Click link(s) to preview/purchase the documents* [Filed Complaint.pdf](#) [Third Praecipe to Reinstate Complaint.pdf](#) | | 🛒 Add All to Cart |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF SHARON WILKS) | | |
| | | | |
| 27-MAY-2026 11:54 AM | CASE MGMT CONFERENCE COMPLETED | SULLIVAN, JOAN | |
| Docket Entry: | *none.* | | |
| | | | |
| 27-MAY-2026 11:54 AM | CASE MANAGEMENT ORDER ISSUED | | |
| Documents: | 📄 *Click link(s) to preview/purchase the documents* [CMOJS_16.pdf](#) | | 🛒 Add All to Cart |

| Docket Entry: | CASE MANAGEMENT ORDER STANDARD TRACK - AND NOW, 27-MAY-2026, it is Ordered that: 1. The case management and time standards adopted for standard track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 05-APR-2027. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 05-APR-2027. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 03-MAY-2027. 5. All pre-trial motions shall be filed not later than 03-MAY-2027. 6. A settlement conference may be scheduled at any time after 03-MAY-2027. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;(b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount; (c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 06-JUL-2027. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 02-AUG-2027, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: GWENDOLYN BRIGHT, J. |

| 27-MAY-2026 11:54 AM | LISTED-PROJ. SETTLEMENT CONF. | | |
| Docket Entry: | *none.* | | |

| 27-MAY-2026 11:54 AM | LISTED-PROJ. PRE-TRIAL CONF | | |
| Docket Entry: | *none.* | | |

| 27-MAY-2026 11:54 AM | LISTED FOR TRIAL | | |
| Docket Entry: | *none.* | | |

| 27-MAY-2026 11:54 AM | NOTICE GIVEN UNDER RULE 236 | | |
| Docket Entry: | NOTICE GIVEN ON 27-MAY-2026 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 27-MAY-2026. | | |

| 27-MAY-2026 03:27 PM | AFFIDAVIT OF SERVICE FILED | TULL, STEPHAN J | |

| **Documents:** | 🗎 *Click link(s) to preview/purchase the documents*<br>[Affd of Service - Wilks.pdf](#) | 🛒 Add All to Cart |
|---|---|---|

| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY BY CERTIFIED MAIL ON 05/21/2026 FILED. (FILED ON BEHALF OF SHARON WILKS) |
|---|---|

| 09-JUN-2026<br>01:26 PM | RETURNED MAIL RECEIVED | | |
|---|---|---|---|

| **Documents:** | 🗎 *Click link(s) to preview/purchase the documents*<br>[MAILR_22.pdf](#) | 🛒 Add All to Cart |
|---|---|---|

| **Docket Entry:** | RETURN MAIL SCHEDULING ORDER DATED 28-APR-2026 AS UNDELIVERABLE AT THE ADDRESS ON FILE WITH THE COURT TO THE FOLLOWING PARTY: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |
|---|---|

| 10-JUN-2026<br>10:25 AM | ENTRY OF APPEARANCE | STEVENS, CAPRI R | |
|---|---|---|---|

| **Documents:** | 🗎 *Click link(s) to preview/purchase the documents*<br>[022 Entry of Appear_State_CCP_PH_L - 2026-06-10T102220.707.pdf](#) | 🛒 Add All to Cart |
|---|---|---|

| **Docket Entry:** | ENTRY OF APPEARANCE OF CAPRI R STEVENS AND RICHARD A STEIGER FILED. (FILED ON BEHALF OF ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY) |
|---|---|

^ Go to Top



🏠 Philadelphia Courts

Questions regarding cases listed on this site can be directed to the Trial Division - Civil Administration at ✉
civiladminsupport@courts.phila.gov and 📞 (215) 686-8326 or the Office of Judicial Records - Civil at ✉
OJRCivil@courts.phila.gov and 📞 (215) 686-6652.

User Accepts/Agrees to Disclaimer.

3

# Exhibit "C"

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
IN THE COURT OF COMMON PLEAS
CIVIL TRIAL DIVISION**

SHARON WILKS,

   Plaintiff,

v.

ALLSTATE VEHICLE and PROPERTY
INSURANCE COMPANY

   Defendant.

COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY

NO. 260104136

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. Section 1446(d), the Defendant, Allstate Vehicle and Property

Insurance Company, files herewith a true copy of the Notice of Removal previously filed in the

United States District Court for the Eastern District of Pennsylvania and a true and correct copy

of the Notice to Adverse Parties of Filing of Notice of Removal.

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Vehicle and Property Insurance
Company

I hereby certify that I have served a copy of this paper upon all other parties or their

attorney of record by regular First-Class mail.

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**IN THE COURT OF COMMON PLEAS**
**CIVIL TRIAL DIVISION**

| | |
|---|---|
| SHARON WILKS, | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY |
| Plaintiff, | |
| v. | NO. 260104136 |
| ALLSTATE VEHICLE and PROPERTY INSURANCE COMPANY | |
| Defendant. | |

**NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL**

Please take notice that the Defendant, Allstate Vehicle and Property Insurance Company, on June 12, 2026, filed in the United States District Court for the Eastern District of Pennsylvania, a Notice of Removal of the above entitled cause from the Court of Common Pleas of Delaware County, a copy of which is attached to this Notice, thus effecting removal of the above entitled cause to the District Court in accordance with 28 U.S.C. Section 1446(d).

Date: June 12, 2026

_Capri R Stevens_

_____

CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Vehicle and Property Insurance
Company

## **CERTIFICATE OF SERVICE**

I, Capri R. Stevens, Esquire, attorney for Defendant, Allstate Insurance Company, hereby certify that a true and correct copy of the foregoing Notice of Removal was served via first-class mail, postage pre-paid, upon the following on the date below upon the following counsel of record:

*Capri R Stevens*

CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Vehicle and Property Insurance
Company

2